NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**THOMAS J. YORKEY,**
*Appellant,*

v.

**MOHAMED K. DIAB, ESMAIEL KIANI-AZRBAYJANY, IBRAHIM M. ELFADEL, REX J. MCCARTHY, WALTER M. WEBER, AND ROBERT A. SMITH,**
*Appellees.*

---

2011-1360
(Interference No. 105,471)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**ON MOTION**

---

**ORDER**

The parties jointly move for a 30-day extension of time, until September 14, 2011, for the appellees to file their principal brief, and for a 14-day extension of time,

until October 12, 2011, for the appellant to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 1 1 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Laurence S. Rogers, Esq.
Joseph R. Re, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 1 2011

JAN HORBALY
CLERK